# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: **McKinney vs County of Dutchess**  Docket No.: **24-1195**

Lead Counsel of Record (name/firm) or Pro se Party (name): **Stephanie McKinney**

Appearance for (party/designation): none

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
- [✓] Correct
- [ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
- [ ] Correct
- [ ] Incorrect. The following parties do not wish to participate in this appeal:
  Parties: _____
- [ ] Incorrect. Please change the following parties' designations:
  Party                    Correct Designation

*RECEIVED 2024 JUN 12 PM 3:32 U.S. COURT OF APPEALS*

**Contact Information** for Lead Counsel/Pro Se Party is:
- [✓] Correct
- [ ] Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: **Stephanie McKinney**
Firm:
Address: **393 Mansion St. Poughkeepsie NY 12601**
Telephone: **845-518-9122**    Fax:
Email:

## RELATED CASES

- [ ] This case has not been before this Court previously.
- [ ] This case has been before this Court previously. The short title, docket number, and citation are: _____
- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: **Southern District Court Case # 7:19cv03920 NSR**

## CERTIFICATION

I certify that [ ] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that [ ] I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____
Type or Print Name: _____
    OR
Signature of pro se litigant: *Stephanie McKinney*
Type or Print Name: **Stephanie McKinney**
- [✓] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Stephanie McKinney

v.

County of Dutchess

**CERTIFICATE OF SERVICE\***

Docket Number: 24-1195

I, **Stephanie McKinney**, hereby certify under penalty of perjury that
(print name)
on **June 9, 2024**, I served a copy of **Acknowledgement +**
(date)
**Notice of Appearance**
(list all documents)

by (select all applicable)**

___ Personal Delivery        ✓ United States Mail        ___ Federal Express or other Overnight Courier

___ Commercial Carrier       ___ E-Mail (on consent)

on the following parties:

| Judge Nelson S. Roman | | | | |
| Federal Courthouse | 300 Quarropas St. | White Plains | NY | 10601 |
| Name | Address | City | State | Zip Code |
| David Lewis Posner, ESQ. McCabe + Mack LLP | 63 Washington St. | Poughkeepsie | NY | 12601 |
| Name | Address | City | State | Zip Code |
| Dutchess County Jail | 150 N. Hamilton St. | Poughkeepsie | NY | 12601 |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

6/9/2024
Today's Date

[Signature]
Signature

Certificate of Service Form (Last Revised 12/2015)

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
## FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| **CASE TITLE** Stephanie McKinney vs County of Dutchess | **DISTRICT** Southern | **DOCKET NUMBER** 24-1195 |
| | **JUDGE** Nelson S. Roman | **APPELLANT** |
| | **COURT REPORTER** | **PRO SE APPELLANT** Stephanie McKinney |

**Check the applicable provision:**

☐ I am ordering a transcript.

☑ I am not ordering a transcript.

Reason for not ordering a transcript:

☑ Copy is already available

☐ No transcribed proceedings

☐ Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (i.e., oral argument, order from the bench, etc.)

**METHOD OF PAYMENT**  ☐ Funds  ☐ CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS

☐ PREPARE TRANSCRIPT OF TRIAL

☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS

☐ OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE)**

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. See FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

**APPELLANT'S SIGNATURE** /s/ SMcK

**DATE** 6/9/2024

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| SIGNATURE OF COURT REPORTER | | DATE |

Revised June, 2017

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Stephanie McKinney

v.

County of Dutchess

**CERTIFICATE OF SERVICE***

Docket Number: 24-1195

I, **Stephanie McKinney** (print name), hereby certify under penalty of perjury that on **6/9/2024** (date), I served a copy of **Notice - Form D-P that I am not requesting transcripts** (list all documents)

by (select all applicable)**

___ Personal Delivery  ✓ United States Mail  ___ Federal Express or other Overnight Courier

___ Commercial Carrier  ___ E-Mail (on consent)

on the following parties:

| Judge Nelson S. Roman | Federal Courthouse 300 Quarropas St. | White Plains | NY | 10601 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| David Lewis Posner, Esq McCabe + Mack LLP | 63 Washington St. | Poughkeepsie | NY | 12601 |
| Name | Address | City | State | Zip Code |
| Dutchess County Jail | 150 N. Hamilton St. | Poughkeepsie | NY | 12601 |
| Name | Address | City | State | Zip Code |
|  |  |  |  |  |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

6/9/2024
Today's Date

[Signature: S. McKinney]
Signature

Certificate of Service Form (Last Revised 12/2015)

[illegible] MANSION ST.
Poughkeepsie NY
12601

United [States Cou]rt of Appeals
for the [Second Circ]uit –
Thurgood Marshall U.S. Courthouse
40 Foley Square
White Plains, N.Y. 10007